he offered as an excuse, namely, that the accused left this country and sailed for Liverpool. It is not shown that the enforcement of the undertaking will impose undue hardship upon the surety or his family, and indeed this is a reason which should be very rarely received. The suggestion that the accused would have been acquitted cannot be considered. That question can only be tried in the criminal courts, and not collaterally on an application to discharge a bail bond. (*People* v. *Schwarze*, 168 App. Div. 124; *People* v. *Spear*, 1 N. Y. Cr. Rep. 538; *People* v. *Nooney*, ·73 Hun, 566; *People* v. *Levy*, 169 App. Div. 571.) Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

GEORGE RALSTON, Respondent, v. CARMAN R. LUSH, Appellant, and Others, Defendants.— Judgment reversed and new trial granted, costs to abide the final award of costs. The situation between the brothers made admissible declarations of Morris Jackson to the witness Lawrence. While incompetent to prove a grant, such declarations of a prior owner are received to explain seizin, or to qualify possession, especially as between persons in joint or contiguous occupancy. (*Van Dyck* v. *Van Beuren*, 1 Johns. 345; *Jackson* v. *Bard*, 4 id. 230; *Pitts* v. *Wilder*, 1 N. Y. 525, 527; *Chadwick* v. *Fonner*, 69 id. 404.) Therefore the exception to the court's ruling at folio 88 of the record was well taken. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MARGARET E. SHEA, as Administratrix, etc., of WILLIAM J. SHEA, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THOMAS F. SMITH, Respondent, v. SARAH A. SMITH and EDWARD J. SMITH, Appellants.— Judgment affirmed, with costs, as against appellant Sarah A. Smith. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG and Others, Appellants, and Others, Defendants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG and Others, Appellants, and Others, Defendants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

LOUIS M. TAYLOR, Appellant, v. EMILIE A. WEEKS, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

GEORGIANNA THOMPSON, an Infant, by GEORGE J. THOMPSON, Her Guardian ad Litem, Respondent, v. ANDERSON ELECTRIC CAR COMPANY, Appellant.— Although defendant stood in the position of owner of this motor car, which was run by one who had been in defendant's employ during working hours, such inference of responsible control has been met and overcome by proof that on this evening trip the car had been lent to Mr. Kretchmer for his private purpose to bring his mother home from a hospital. The